# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
## HUNTINGTON DIVISION

LAUREN SPURLOCK; HEATHER SMITH; and
SHAWN ZMUDZINSKI, individually and on
behalf of all others similarly situated,

                  *Plaintiffs,*

v.

WEXFORD HEALTH SOURCES,
INCORPORATED,

                  *Defendant.*

**Case No.** 3:23-cv-00476

Honorable Robert C. Chambers

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that on December 8, 2023 the foregoing Plaintiff's First Set of Interrogatories to Defendant Wexford Health Sources, Incorporated. was served upon the following counsel by Electronic Mail and U.S. Mail, postage prepaid in accordance with Rule 5 of the Federal Rules of Civil Procedure:

Jordan K. Herrick (WV Bar #11128)
Harrison M. Cyrus (WV Bar #12731)
**BAILEY & WYANT, PLLC**
500 Virginia Street, East, Suite 600
Post Office Box 3710
Charleston, West Virginia 25337-3710
T: (304) 345-4222
F: (304) 343-3133

*Attorneys for Defendant*

/s/ W. Jesse Forbes
W. Jesse Forbes, Esq. (WVSB# 9956)
**FORBES LAW OFFICES, PLLC**
1118 Kanawha Blvd. East
Charleston, WV 25301
Telephone: (304) 343-4050
Facsimile: (304) 343-7450
wjforbes@forbeslawwv.com